**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Richard Lynn Ducote
Attorney at Law
318 East Boston St., 2nd Floor
Covington LA 70433

Michael Voorhies Matt
Attorney at Law
P. O. Drawer 191
Eunice LA 70535

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on January 8, 2020

**REHEARING ACTION: January 8, 2020**

**Docket Number: 19   00257-CA**

**J. A. D.**
**VERSUS**
**K. B. F.**

**Appealed from Lafayette Parish Case No. 20140237**

**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. Elizabeth A. Pickett**
  **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **K. B. F.** has this day been

   **DENIED.**

cc: Shane Michael Mouton, Counsel for the Appellee
   George Robinson Knox, Counsel for the Appellee